**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**REGINALD DUNAHUE** **PLAINTIFF**
***ADC #106911***

**v.** **No. 4:26-cv-00803-KGB-PSH**

**REX LAY, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff Reginald Dunahue filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 10, 2026, while incarcerated at the Arkansas Division of Correction's Varner Unit (Doc. No. 2). The Court has screened Dunahue's complaint and recommended that his Eighth Amendment excessive force and/or failure-to-protect claims against Defendants Lieutenant Aaron Rogers, Corporal Cameron McCullum, Sergeant Brian Perkins, and Major Roosevelt Barden proceed. The Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a summons on each of them without prepayment of fees and costs or security therefor. Defendants should be served through the ADC Compliance Division.[1] One copy of the complaint (Doc. No. 2) along with a copy of this order shall be sent to the ADC Compliance Division with

---

[1] If a defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

the summonses.

IT IS SO ORDERED this 2nd day of October, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE